JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

## Plaintiff(s):

First Listed Plaintiff:
Alan Segall ;
2 Citizen of Another State; Kansas
**County of Residence:** Johnson County

## Defendant(s):

First Listed Defendant:
Elliott Auto Supply, Co., Inc., d/b/a Factory Motor Parts ;
5 Incorporated and Principal Place of Business in Another State; Minnesota
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Jackson County

## Plaintiff's Attorney(s):

Brandon Burkhart (Alan Segall)
Burkhart Law, LLC
4233 Roanoke Road, Suite 100
Kansas City, Missouri 64111
**Phone:** 816-945-6467
**Fax:** 816-945-6314
**Email:** brandon@burkhartlegal.com

## Defendant's Attorney(s):

Alan Rupe ( Elliott Auto Supply, Co., Inc., d/b/a Factory Motor Parts)
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
**Phone:** 816-299-4244
**Fax:** 816-299-4245
**Email:** alan.rupe@lewisbrisbois.com

Mallory McDonald ( Elliott Auto Supply, Co., Inc., d/b/a Factory Motor Parts)
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
**Phone:** 816-299-4244
**Fax:** 816-299-4245
**Email:** mallory.mcdonald@lewisbrisbois.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 2 Citizen of Another State

    **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court

    **State Removal County:** Jackson County

    **State Removal Case Number:** 2116-CV25742

**Nature of Suit:** 442 Employment

**Cause of Action:** 28 U.S.C 1441

Case 4:22-cv-00019-DGK   Document 1-1   Filed 01/12/22   Page 1 of 2

## Requested in Complaint

**Class Action:**  Not filed as a Class Action

**Monetary Demand (in Thousands):**  75,000

**Jury Demand:**  Yes

**Related Cases:**  Is NOT a refiling of a previously dismissed action

---

**Signature:** Alan L. Rupe

**Date:**  1/12/2022

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.